157 A.3d 478

COMMONWEALTH of Pennsylvania EX REL. Theodore W. SCHELL Sr.

v.

Michael WENEROWICZ, Superintendent, SCI Graterford, et al., John J. Whelan, Esquire, Delaware County District Attorney

Petition of: Theodore W. Schell Sr.

No. 283 MAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.